IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**SHELIA ANN SHELTON**                                                                 **PLAINTIFF**

VS.                                         Case No. 05-CV-1083

**AMERICA'S CAR-MART, INC.**                                                 **DEFENDANT**

## ORDER

Before the Court is the Roberts Law Firm, P.A.'s motion to withdraw appearance as counsel for Plaintiff. (Doc. 18). In this motion, the Roberts Law Firm seeks to withdraw as Plaintiff's counsel of record, citing a conflict of interest, and notes the Plaintiff's counsel to the withdrawal. Upon consideration, the Court finds the motion is well-taken, and should be and hereby is **granted**.

Plaintiff's counsel is ordered to provide Plaintiff's most recent mailing address and telephone number to the Clerk of the Court within seven (7) days of entry of this order. Plaintiff shall have thirty (30) days from the date of entry of this order to obtain new counsel or to proceed pro se.

**IT IS SO ORDERED** this 22nd day of November, 2005.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
U.S. District Judge